**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BOBBY JOE LEDFORD JR.**                                              **PLAINTIFF**

v.                                 **No. 4:14–CV–680-SWW–JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Jerome T. Kearney. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Ledford's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 13th day of October 2015.

                                             /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE