IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY JOE LEDFORD JR.,**                                                    **PLAINTIFF**

v.                      No. 4:14–CV–680-SWW–JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Bobby Joe Ledford Jr.'s appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

IT IS SO ORDERED this 13th day of October 2015.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE